Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Laura Beatriz Echaury

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BEATRIZ ECHAURY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: CV 12-1245 FMO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,900.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   3/25/13

　　　　　　　　　　　　　/S/
　　　　　　　THE HONORABLE SUZANNE S. SEGAL
　　　　　　　UNITED STATES CHIEF MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3   /s/ *Young Cho*
   _____
4  Young Cho
   Attorney for plaintiff Laura Beatriz Echaury

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26